May-31-05 11:14am From-BANK OF [ ]EGAL 29 | 212 635 1098 T-246 P.002 F-083

MAY 31 2005 12:23 FR

MCINTYRE, TATE,
LYNCH & HOLT LLP
COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
WILLIAM P. HOLT
DAVID J. STRACHMAN *
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

# NOTICE OF INJUNCTION

**Pursuant to Fed.R.Civ.P. 65(d)**

TO:

Bank of New York
Attn: Legal Process White Plains
123 Main Street, 5[th] Fl.
White Plains, NY 10602
Ph. 914-421-8137

Bank of New York
Patricia A. Bicket
One Wall Street
New York, NY 10286
ph. 212-635-1787
Fax: 212-635-1071

Bank of New York
Legal Department-Legal Process
One Wall Street, 11[th] Fl.
New York, NY 10286
ph. 212-635-1787
fax: 914-421-8145

**YOU ARE HEREBY PLACED ON NOTICE**, pursuant to Fed.R.Civ.P. 65(d), that on May 5 2005, the United States District Court for the District of Rhode Island issued an Injunction against The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO") prohibiting the PA and PLO from withdrawing, transferring or effecting any other disposition in any of their assets located within the jurisdiction of the United States or any State thereof ("Injunction"). **You are hereby directed to the full terms of the Injunction, a copy of which is attached hereto.**

**YOU MAY BE IN POSSESSION AND/OR CONTROL OF ASSETS BELONGING TO AND/OR ARE OTHERWISE INDEBTED TO THE PA AND/OR PLO**

**TAKE FURTHER NOTICE** that the Injunction applies to all assets of the PA and the PLO including without limitation all accounts, deposits, cash, shares, stock, credits, partnership rights or interests, equitable rights or interests, contractual rights, holdings, financial interests or real estate.

**TAKE FURTHER NOTICE** that the Injunction applies to all assets of the PA and PLO however titled, and that assets of the PA and PLO are held and/or titled under the names **Palestinian Authority, Palestine Liberation Organization, Palestinian National Authority (PNA), Palestine Investment Fund (PIF), Palestinian Pension Fund, Palestine Commercial Services Company (PCSC), Palestine Pension Fund, Insurance and Pension General Corporation, Palestinian National Fund, Palestine Monetary Fund (PMF), SAMED, PECDAR and Palestine Monetary Authority (PMA).**

**WARNING: The Injunction applies to officers, agents, servants, employees, attorneys, partners and fiduciaries of the PA and PLO and any natural or legal persons in privity with them and/or acting on their behalf and/or in active concert and participation with them.**

**WARNING: ANY PERSON OR ENTITY THAT AIDS, ABETS OR FACILITATES ANY VIOLATION OF THE INJUNCTION WILL BE LIABLE FOR THE FULL AMOUNT OF ASSETS WITHDRAWN OR TRANSFERRED IN VIOLATION OF THE INJUNCTION AND IN CONTEMPT OF COURT***

David J. Strachman
Attorney for the Judgment Creditors
May 9, 2005

* See Fed.R.Civ.P. 65(d); Gemco Latinoamerica v. Seiko Time Corporation, 61 F.3d 94 (1[st] Cir. 1995); Reliance Insurance v. Mast Construction, 84 F.3d 372 (10[th] Cir. 1996).

SUITE 400 321 SOUTH MAIN STREET PROVIDENCE, RI 02903