Required Reserves, Time and Current & Call Deposits with Palestine Monetary Authority, and differences between PMA audited statement and the Banks Call Report

as on Dec. 31, 20

| | Required Reserves | | | Time Deposits and Current Accounts | | | Current & Call Accounts | | |
|---|---|---|---|---|---|---|---|---|---|
| | According to monthly Call Report | According to PMA audited statement | Difference * | According to Call Reports | According to PMA audited statement | Difference * | According to Call Reports | According to PMA audited statement | Difference * |
| Bank of Palestine Ltd | 28,857,446 | 28,854,830 | 2,616 | 0 | 0 | 0 | 3,629,603 | 823,730 | 2,805,873 |
| Cairo Amman Bank | 47,308,366 | 47,304,679 | 3,687 | 46,454,754 | 46,450,000 | 4,754 | 3,245,036 | 940,011 | 2,305,025 |
| Commercial Bank of Palestine | 5,539,094 | 5,538,462 | 832 | 0 | 0 | 0 | 338,977 | 338,127 | 850 |
| Bank of Jordan | 29,793,462 | 29,790,929 | 2,533 | 10,000,000 | 10,000,000 | 0 | 443,575 | 280,597 | 162,978 |
| Jordan Commercial Bank | 2,561,828 | 2,561,544 | 284 | 7,869,291 | 7,868,400 | 891 | 4,139,841 | 4,139,594 | [illegible] |
| Arab Bank | 159,088,769 | 159,082,717 | 6,052 | 10,000,000 | 10,000,000 | 0 | 345,354 | 1,582,521 | -1,237,167 |
| Egyptian Arab Land Bank | 17,380,788 | 17,378,985 | 1,803 | 0 | 0 | 0 | 211,850 | 465,969 | -254,119 |
| Palestine Investment Bank | 5,760,507 | 5,759,980 | 527 | 0 | 0 | 0 | 130,133 | 107,456 | 22,677 |
| Jordan National Bank | 20,894,152 | 20,892,069 | 2,083 | 2,500,000 | 2,500,000 | 0 | 527,549 | 549,621 | -22,072 |
| Jordan Kuwait Bank | 708,617 | 708,584 | 33 | 2,729,095 | 2,728,934 | 161 | 798,736 | 929,280 | -130,544 |
| Housing Bank for Trade and Finance | 13,088,930 | 13,087,955 | 975 | 10,000,000 | 10,000,000 | 0 | 615,020 | 400,056 | 214,964 |
| Union Bank for Saving and Investment | 959,945 | 959,919 | 26 | 2,500,000 | 2,500,000 | 0 | 326,112 | 278,525 | 47,587 |
| Arab Islamic Bank | 10,697,225 | 10,696,525 | 700 | 0 | 0 | 0 | 363,551 | 232,682 | 130,869 |
| The Principal Bank for Development and Agriculture Credit | 2,229,933 | 2,229,923 | 10 | 0 | 0 | 0 | 171,610 | 169,845 | [illegible] |
| Al-Quds Bank for Development and Investment | 4,381,424 | 4,380,905 | 519 | 0 | 0 | 0 | 169,712 | 396,514 | -226,802 |
| Cairo Amman Bank/Islamic Operations | 16,854,228 | 16,853,087 | 1,141 | 14,819,000 | 14,819,000 | 0 | | | 0 |
| Palestine Islamic Bank | 6,303,393 | 6,303,044 | 349 | 4,426,800 | 4,426,800 | 0 | 2,352,850 | 2,369,160 | -16,310 |
| Palestine International Bank | 3,494,796 | 3,494,585 | 211 | 0 | 0 | 0 | 102,825 | 102,804 | 21 |
| Arab Palestinian Investment Bank | 31,662 | 31,662 | 0 | 0 | 0 | 0 | 0 | | 0 |
| HSBC Bank Middle East | 2,159,360 | 2,159,283 | 77 | 5,500,000 | 5,500,000 | 0 | 2,489,252 | 2,376,491 | 112,761 |
| Al-Aqsa Islamic Bank | 7,320,186 | 7,319,945 | 241 | 11,000,000 | 11,000,000 | 0 | 320,094 | 319,748 | 346 |
| Total | 385,414,111 | 385,389,613 | 24,498 | 127,798,940 | 127,793,134 | 5,806 | 20,721,680 | 16,802,733 | 3,918,947 |

* Notes: Differences are due to FOREX conversions.

Current & Call Account Differences are due to Unsettled transactions in Banks Books.

Case 1:05-cv-00261-L-DLM Document 1-6 Filed 06/15/2005 Page 1 of 1