SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------------X

ESTATE OF YARON UNGAR,
DVIR UNGAR,
YISHAI UNGAR,
JUDITH UNGAR,
MEIR UNGAR,
MICHAL COHEN,
AMICHAI UNGAR and
DAFNA UNGAR

Index No.: 105521/05

Plaintiffs – Judgment Creditors,

v.

THE PALESTINIAN AUTHORITY and
THE PALESTINE LIBERATION ORGANIZATION

Defendants – Judgment Debtors

---------------------------------------------------------------------------X

**RESPONSE OF THE BANK OF NEW YORK
TO PLAINTIFFS' QUESTIONS IN
CONNECTION WITH INFORMATION SUBPOENA**

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

**Shelby Feder**, being duly sworn, deposes and says: that the deponent is a legal administrator at The Bank of New York, the company which is the recipient of an information subpoena herein and of the questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient and are made under penalties of perjury.

1. Do you and/or any of your branches or subsidiaries have an account or accounts and/or deposit(s) and/or portfolio(s) under any of the following names or permutations thereof: Palestinian Authority, Palestine Liberation Organization, Palestine Investment Fund (PIF), Palestinian National Authority (PNA), Palestine Commercial Services Corporation (PCSC), Palestinian National Fund, Palestine Monetary Fund (PMF), SAMED, PECDAR or Palestine Monetary Authority (PMA)?

ANSWER:

**No.**

1.1 If the answer to the previous question is yes, please state: (a) the number(s) of the account(s) deposit(s) or portfolio(s); (b) the identity of the assets in such account(s) deposit(s) or portfolio(s); (c) the market value of the assets in such account(s) deposit(s) or portfolio(s); (d) the dollar amount of cash in such account(s) deposit(s) or portfolio(s); (e) the exact name(s) and/or title(s) of such account(s) deposit(s) or portfolio(s).

ANSWER:

**Not applicable.**

2. Do you and/or any of your branches or subsidiaries have in your possession, custody, or charge, any funds, investments, deposits, goods, chattels, monies, credits or effects belonging or owing or titled to The Palestinian Authority, The Palestine Liberation Organization, Palestine Investment Fund (PIF), Palestinian National Authority (PNA), Palestine Commercial Services Corporation (PCSC), Palestinian National Fund, Palestine Monetary Fund (PMF), SAMED, PECDAR or Palestine Monetary Authority (PMA)?

ANSWER:

**Please see attached schedule.**

2.1 If the answer to the previous question is yes, please describe in full the funds, investments, deposits, goods, chattels, monies, credits or effects, including their value, nature, title and designation.

ANSWER:

**Please see attached schedule.**

3. Are you and/or any of your branches or subsidiaries in any way indebted to The Palestinian Authority, The Palestine Liberation Organization, Palestine Investment Fund (PIF), Palestinian National Authority (PNA), Palestine Commercial Services Corporation (PCSC), Palestinian National Fund, Palestine Monetary Fund (PMF), SAMED, PECDAR or Palestine Monetary Authority (PMA)?

ANSWER:

**No.**

3.1 If the answer to the previous question is yes, state to what extent and in what manner the debt accrued, and if evidenced by any instrument in writing, describe the same and state what has become of the same and under whose custody it is held.

ANSWER:

**Not applicable.**

4. Are you and/or any of your branches or subsidiaries now bound under any contract(s) to pay either of the judgment debtors, direct, or to any other party on account of either judgment debtor, any monies, funds or credits of any type?

ANSWER:

**No.**

4.1 If the answer to the previous question is yes, state the nature of said contract, the names of the contracting parties, the nature and amount of the monies, funds or credits to be paid, and when and exactly to whom the same was or is due and payable.

ANSWER:

**Not applicable.**

5. Do or did you and/or any of your branches or subsidiaries have transactions with either judgment debtor, as of the date of this subpoena or one year prior thereto, directly or indirectly, as a result of which either judgment debtor is/are now, or may in the future, become entitled to money or anything of value?

ANSWER:

**No.**

5.1 As to each such transaction, what is the nature of the transaction, the date of the transaction, and the amount the judgment debtor(s) is/are, or may be entitled to?

ANSWER:

**Not applicable.**

6. What is the description and value of each item of collateral you hold concerning either judgment-debtor?

ANSWER:

**Please see attached schedule.**

6.1 What interest does either judgment debtor appear to have in each such item of collateral?

ANSWER:

**Please see attached schedule.**

7. Is any of the property in your possession or care, in which either judgment debtor has an interest, subject to liens, attachments or other encumbrances?

**ANSWER:**

**Please see attached schedule for other relevant parties to wire transactions.**

7.1 What are the full details of the same in regard to each asset?

**ANSWER:**

**Please see response to Question No. 7, above.**

The foregoing answers are true and complete.

Shelby Feder

Sworn to before me this
10 day of June, 2005

Notary Public

PHYLLIS ANN DELLORLETTA
Notary Public, State of New York
No. 01DE6072657
Qualified in Westchester County
Commission Expires April 08, 2006



792753_1

| Transaction Number | Date | Originator | Beneficiary | Dollar Amount | Status |
|---|---|---|---|---|---|
| F2S0505168970100 | 5/16/2005 | **Palestine Monetary Authority** | Jordan National Bank | $350,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505168970200 | 5/16/2005 | **Palestine Monetary Authority** | The Housing Bank for Trade and Finance | $455,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168318000 | 5/16/2005 | **Palestinian National Authority** | Palestine Embassy/Ukraine | $4,600.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505168970800 | 5/16/2005 | **Palestine Monetary Authority** | Al-Quds Bank for Development NAD Investeement | $779,990.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505168970300 | 5/16/2005 | **Palestine Monetary Authority** | JP Morgan Chase Bank NA | $2,399,990.00 | Balances insufficient in account to process wire transfer. |
| F2S0505168970900 | 5/16/2005 | **Palestine Monetary Authority** | Palestine Investment Bank | $649,990.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505160527900 | 5/16/2005 | Union Bank for Sav. And Investment | **Palestine Monetary Authority** | $450,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505168483800 | 5/16/2005 | Arab Islamic Bank Ramallah, West bank | **Palestine Monetary Authority** | $533,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| FDF0505160884000 | 5/16/2005 | US Bank NA | PMA Located in Details of Payment: 05152005 ACCT GLA 111 566 FFC I PRETSL II COLLECTION ACCT 759350 PMA CAPITAL FLOATING RATE CAPITAL SECUR 6934399Y9 | $298,277.69 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS 0505168283900 | 5/16/05 | Ministry of Finance, Gaza, PNA 15869 | Embassy of the State of Palestine, Sofia | $3,650.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS 0505168286300 | 5/16/05 | Ministry of Finance, Gaza, PNA 15774 | Embassy of the State of Palestine | $2,817.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168268400 | 5/16/05 | Ministry of Finance, Gaza, PNA 1688 | Mission to the United Nation | $15,357.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168269000 | 5/16/05 | Ministry of Finance, Gaza, PNA: 15918 | Mission to the United Nation | $14,960.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168274300 | 5/16/05 | Ministry of Finance, Gaza, PNA 4925 | Embassy of the State of Palestine, Sofia | $8,600.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168283800 | 5/16/05 | Ministry of Finance, Gaza, PNA 15953 | Embassy of the State of Palestine, Malta | $3,769.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| FTS0505168284400 | 5/16/05 | Ministry of Finance, Gaza, PNA 15925 | Mission Especial De Palestina Colombia | $3,582.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168284500 | 5/16/05 | Ministry of Finance, Gaza, PMA 15775 | Abassade De Palestine-Conakry Guinee | $3,096.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168284600 | 5/16/05 | Ministry of Finance, Gaza, PNA 15901 | Palestine Embassy in Argentina, Hani Suhail Daher Akel | $3,167.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168285200 | 5/16/05 | Ministry of Finance, Gaza, PNA 15767 | Embassy of the State of Palestine | $2,075.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168286400 | 5/16/05 | Ministry of Finance, Gaza, PNA 15787 | PLO Office-Pakistan | $2,050.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168292800 | 5/16/05 | Ministry of Finance, Gaza, PNA 15770 | Embaizada Da Palestina | $1,800.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168293000 | 5/16/05 | Ministry of Finance, Gaza, PNA 15790 | Saher M.H.A. | $1,800.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168297000 | 5/16/05 | Ministry of Finance, Gaza, PNA: 5636 | Ghaleb Darabya | $1,350.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505168300700 | 5/16/05 | Ministry of Finance, Gaza, PNA 18251 | Ghalyah ATA Abdelqader | $1,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| F2S050174782100 | 5/17/2005 | **Palestine Monetary Authority** | Egyptian Arab Land Bank | $184,990.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505174782200 | 5/17/2005 | **Palestine Monetary Authority** | Jordan National Bank | $300,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505174782400 | 5/17/2005 | **Palestine Monetary Authority** | Bank of Jordan Ltd | $10,000,000.00 | Balances insufficient in account to process wire transfer. |
| F2S0505175578500 | 5/17/2005 | Union Bank for Sav. And Investment | **Palestine Monetary Authority** | $500,000.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FDC0505172219200 | 5/17/2005 | Fortis Bank (Belgium) | **Palestine Monetary Authority** | $10,005,833.33 | Stop payment instruction issued. Funds suspended to 8900430427 |
| F2S0505174325100 | 5/17/2005 | Cairo Amman Bank Ramallah, West Bank Palestine | **Palestine Monetary Authority** | $9,630,000.00 | Cancelled due to incomplete wire instructions. |
| FTS0505172063300 | 5/18/2005 | **Palestine National Fund** | Ambassade De Palestine | $9,322.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505195739400 | 5/19/2005 | **Palestine Investment Fund** | Democracy Council | $55,192.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS05053231446800 | 5/23/2005 | **Palestine National Fund** | Embassy of the State of Palestine | $600.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505257346100 | 5/25/2005 | **Palestinian National Authority** | International Development Partners and Asscciates, IDPA | $1,999.39 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505306003300 | 5/30/05 | Ministry of **Finance, PNA** 15905 | PLO-Norway | $9,672.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| FTS0505318565100 | 5/31/2005 | **Palestinian National Authority,** Ministry of Finance a/c 93 **PNA 21324,** Gaza | Palestine Embassy/Ukraine Zaqot Walid AA | $4,600.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FDC0505312614800 | 5/31/05 | Arab Fund, Kuwait | Arab Bank Ramallah BranchRamallah Palestine, FAVRG.AC No. 9110-450004-0/510 of **PECDAR** | $59,988.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505318473600 | 5/31/2005 | Ministry of Finance, Gaza, **PNA** 21307 | Mission to the United Nation | $14,940.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319030500 | 5/31/05 | Ministry of Finance, Gaza, **PNA 21314** | Embassy of the State of Palestine-Malta | $3,771.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319033900 | 5/31/05 | Ministry of Finance, Gaza, **PNA** 21304 | Mission Especial De Palestina Colombia | $3,581.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319037500 | 5/31/05 | Ministry of Finance, Gaza, **PNA** 21293 | Palestine Embassy in Argetina Hani Suhail Daher Akel | $3,167.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319039200 | 5/31/05 | Ministry of Finance, Gaza, **PMA** 21120 | Ambassade De Palestine-Conakry Giunee | $3,096.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| FTS0505319040400 | 5/31/05 | Ministry of Finance, Gaza, **PNA** 21114 | Embassy of the of Palestine Abidjan | $2,942.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319044300 | 5/31/2005 | Ministry of Finance, Gaza, PNA 21333 | Embassy of the State of Palestine China | $2,666.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319049300 | 5/31/05 | Ministry of Finance, Gaza, **PNA** 21214 | PLO Office-Pakistan | $2,050.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319052200 | 5/31/05 | Ministry of Finance, Gaza, **PNA** 21323 | Embassy of the State of Palestine Sofia | $1,850.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319053500 | 5/31/05 | Ministry of Finance, **PNA** 21212, Gaza | Saher M.H.A. | $1,800.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0505319059300 | 5/31/05 | Ministry of Finance, Gaza, PNA 21335 | Embassy of the State of Palestine Al Bania | $1,450.00 | Stop payment Instruction issued. Funds suspended to 8900430427 |
| FTS0505319059600 | 5/31/05 | Ministry of Finance, Gaza PNA 21308 | Ghales Darabya USA | $1,350.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0506024744800 | 6/2/2005 | **Palestine National Fund** | Mission to the United Nation New York | $1,200.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0506024864300 | 6/2/2005 | Ministry of Finance, Gaza, PNA 22426 | Embassy of the State of Palestine | $5,086.00 | Stop payment instruction Issued. Funds suspended to 8900430427 |

| | | | | | |
|---|---|---|---|---|---|
| FTS0506024866800 | 6/2/2005 | Ministry of Finance, Gaza, PNA 22408 | Embassy of the of Palestine Abidjan | $5,527.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0506036562300 | 6/3/2005 | Palestinian National Authority, Ministry of Finance a/c 93, PNA 22491 Gaza | Palestine Embassy/Ukraine Zaqot Walid AA | $9,498.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0506035948100 | 6/3/2005 | Ministry of Finance, Gaza, PNA 22476 | Embassy of the State of Palestine Jakarta | $7,493.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FTS0506035949200 | 6/3/2005 | Ministry of Finance, Gaza, PNA 22485 | PLO Office-Pakistan | $6,595.00 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FGV5514546680800 | 6/7/2005 | Palestine Monetary Authority | Union Bank for Savings and Investment, Ramallah | EUR 39,994,25 | Stop payment instruction issued. Funds suspended to 8900430427 |
| FDC0506090541900 | 6/9/2005 | Palestinian National Authority | The Cairo Amman Bank, Amman, Jordan | $792.00 | Stop payment instruction issued. Funds suspended to 8900430427 |

****8900430427 - FTD Regulatory & Comp, Legal Other Suspense Account**

No. 105521 Year 2005

SUPREME Court

NEW YORK County

ESTATE OF YARON UNGAR,
DVIR UNGAR,
YISHAI UNGAR,
JUDITH UNGAR,
MEIR UNGAR,
MICHAL COHEN,
AMICHAI UNGAR and
DAFNA UNGAR

Plaintiffs – Judgment Creditors,

v.

THE PALESTINIAN AUTHORITY and
THE PALESTINE LIBERATION ORGANIZATION

Defendants – Judgment Debtors

**RESPONSE OF THE BANK OF NEW YORK TO PLAINTIFFS' QUESTIONS IN CONNECTION WITH INFORMATION SUBPOENA**

EMMET, MARVIN & MARTIN, LLP

Attorneys for THE BANK OF NEW YORK

120 BROADWAY NEW YORK, N.Y.10271

(212) 238-3000