PIB

بنك فلسطين الدولي

Palestine International Bank

*Date: May 19, 2005*
*Ref.: GM/82/2005*

*Mr. Ammar Khaleel*
*Middle East, Eastern Europe & Africa Division*
*Bank of New York*
*One wall street 8th floor*
*New York, New York 10286*
*U.S.A*

*Dear Mr. Khaleel,*
*As we discussed over phone the following transfers are results of daily clearing settlements between the banks in Palestine done through Palestine Monetary Authority (clearing room).*

*1) Transfers to the Banks to be debited to our account with you:*

| Beneficiary Bank | Through | Amount (USD) | Value date |
|---|---|---|---|
| Bank of Palestine ltd. | JB Morgan Chase N.Y | 2,400,000 | 16/05/2005 |
| Bank of Jordan ltd. | Bank of New York N.Y | 10,000,000 | 17/05/2005 |
| Bank of Jordan ltd. | Israel Discount Bank | 310,000 | 16/05/2005 |
| Jordan national bank | Bank of New York N.Y | 350,000 | 16/05/2005 |
| Egyptian Arab land bank | Bank of New York N.Y | 25,990 | 16/05/2005 |
| Palestine Islamic bank | Israel Discount Bank | 140,000 | 16/05/2005 |
| Al-quds bank for development and investment | Israel Discount Bank | 779,990 | 16/05/2005 |
| Palestine investment bank | JB Morgan Chase N.Y | 649,990 | 16/05/2005 |
| Jordan national bank | Bank of New York N.Y | 300,000 | 17/05/2005 |
| Egyptian Arab land bank | Bank of New York N.Y | 184,990 | 17/05/2005 |

*2) Transfers from the Banks to be credited to our account:*

| From | Through | Amount (USD) | Value date |
|---|---|---|---|
| Arab Bank PLC | Israel Discount Bank | 2,920,000 | 16/05/2005 |
| Arab Islamic Bank | Bank of New York N.Y | 533,000 | 16/05/2005 |
| Union Bank for saving and investment | Bank of New York N.Y | 450,000 | 16/05/2005 |
| Cairo Amman bank | Bank of New York N.Y | 9,630,000 | 17/05/2005 |
| Union Bank for saving and investment | Bank of New York N.Y | 500,000 | 17/05/2005 |

الادارة العامة : ص . ب ٣٦٣٦ - البيرة / فلسطين - هاتف ٢٩٨٣٣٠٠ فاكس ٢٩٨٣٣٤٤ (٢-٠٩٧٠)
HEAD OFFICE : P.O.BOX 3636 AL BIREH / PALESTINE - TEL. 2983300 - FAX (0970-2) 2983344
www.pibank.net – E. Mail: pib@pib.palnet.com

PIB
بنك فلسطين الدولي
Palestine International Bank

*All these funds belong to licensed commercial Banks in Palestine and not to Palestine Monetary Authority, We therefore urge effecting the outgoing and incoming payments with good value as soon as possible and thereby avoid undue disruption to normal commercial bank activity.*

*Appreciate your positive action in advance.*

*Yours' faithfully*

*Usama Khader*
*General Manager*

*cc. The Governer*
*Palestine Monetary Authority*

الادارة العامة : ص . ب ٣٦٣٦ - البيرة / فلسطين - هاتف ٢٩٨٣٣٠٠ فاكس ٢٩٨٣٣٤٤ (٢-٠٩٧٠)
HEAD OFFICE : P.O.BOX 3636 AL BIREH / PALESTINE - TEL. 2983300 - FAX (0970-2) 2983344
www.pibank.net – E. Mail: pib@pib.palnet.com