UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X
PALESTINE MONETARY AUTHORITY,

Plaintiff,

v. Civil Action No.: ____________

Judge: ____________

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

Defendants.

---------------------------------------------------------------X

**DECLARATION OF GEORGE T. ABED**

1. My name is George T. Abed. My business address is P.O. Box 452, Ramallah, Palestine. I am over the age of twenty-one years, have personal knowledge as to the matters contained herein and am otherwise competent to testify as to those matters.

2. I am the Governor of the Palestine Monetary Authority (the "PMA"). I was appointed Governor on April 2, 2005.

3. I have reviewed the document titled, Response of the Bank of New York to Plaintiffs' Questions in Connection with Information Subpoena ("BNY's Response"), attached as Exhibit 6 to the Complaint filed in the above-captioned case. There are two discrepancies in BNY's Response that should be addressed. Specifically, on page 3 of the schedule attached to BNY's Response, the second entry identifies the originating source as "Ministry of Finance, Gaza, PMA 15775." Again on page 5, the last entry identifies the originating source as "Ministry of Finance, Gaza, PMA 21120." These entries are either typographical errors or mistakes in BNY's record-keeping. The PMA does not hold any such accounts, nor does it hold or process funds on behalf of the Ministry of Finance.

**FURTHER DECLARANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that to the best of my knowledge, information and belief, the foregoing is true and accurate.

June 14, 2005
Date

George T. Abed