**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

------------------------------------------------------------X

PALESTINE MONETARY AUTHORITY,

Plaintiff,

v. Civil Action No.: 05-261L

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

Defendants.

------------------------------------------------------------X

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

In accordance with General Order No. 2002-01, Plaintiff, Palestine Monetary Authority, hereby moves for leave to exceed page limits for the Affaidavit of George T. Abed. That Affidavit and its exhibits contain vital information supporting the Plaintiff's Motion for Temporary Restraining Order and Application for Preliminary Injunction and will assist the Court in addressing that Motion. The Affidavit consists of only six pages. Its attached exhibits consist of 34 pages.

Accordingly, the Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

GIDLEY, SARLI & MARUSAK, LLP

Michael Sarli /s, DCF

Michael G. Sarli, Esq. (#2719)
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

Of Counsel:

Haig V. Kalbian, Esq.
Claire A. DeLelle, Esq.
KALBIAN HAGERTY L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2005, I caused a true and complete copy of the foregoing Motion for Temporary Restraining Order and Application for Preliminary Injunctive Relief, accompanying Memorandum of Law, supporting Affidavit of George T. Abed and exhibits, Complaint and proposed order to be served

by overnight mail to :

Robert Tolchin, Esq.
JAROSLAWICZ & JAROS
150 William Street
New York, New York

and by hand-delivery to :

David Strachman, Esq.
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street,
Providence, RI 02903

Administrator for the Estates of
Yaron and Erfat Ungar and counsel for
Dvir Ungar, (Minor, By His Guardians And
Next Friend, Professor Meyer Ungar),
Judith Ungar, Rabbi Uri Dasberg and Judith Dasberg
(Individually and in Their Capacity as Legal
Guardians of Plaintiffs Dvir Ungar and Yishai Ungar),
Amichai Ungar, Dafna Ungar, and Michal Cohen.

[signature]