# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X

PALESTINE MONETARY AUTHORITY,

Plaintiff,

v. Civil Action No.: 05-261L

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

Defendants.

---------------------------------------------------------------X

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

In accordance with General Order No. 2002-01, Plaintiff, Palestine Monetary Authority, hereby moves for leave to exceed page limits for the Affaidavit of George T. Abed. That Affidavit and its exhibits contain vital information supporting the Plaintiff's Motion for Temporary Restraining Order and Application for Preliminary Injunction and will assist the Court in addressing that Motion. The Affidavit consists of only six pages. Its attached exhibits consist of 34 pages.

Accordingly, the Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

GIDLEY, SARLI & MARUSAK, LLP

Michael Sarli /S/ DCP

Michael G. Sarli, Esq. (#2719)
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

Granted:
Ronald R. Lagueux
Sr. USDJ 6/15/05