# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

--------------------------------------------------------------X

PALESTINE MONETARY AUTHORITY,

Plaintiff,

v.

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

Defendants.

--------------------------------------------------------------X

CA 05 261 L

Civil Action No.: ______________

Judge: ______________________

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

PLAINTIFF Palestine Monetary Authority ("PMA" or "Plaintiff"), pursuant to Fed. R. Civ. P. 65, and the supporting Affidavit of George T. Abed and accompanying exhibits, respectfully submits this motion for a temporary restraining order and application for preliminary injunctive relief. In support of its Motion, Plaintiff respectfully refers the Court to the accompanying Memorandum of Law.

Dated: June 13, 2005

Respectfully submitted,

GIDLEY, SARLI & MARUSAK, LLP

Michael Sarli, by D-S

Michael G. Sarli, Esq. 2719
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

T.R.O. Denied – hearing set on Motion for P.I. 2 P.M. June 16, 2005 in Courtroom 4;

Ronald R. Lagueux
Sr. USDJ 6/15/05