Saba & Co.
Nema Tower
Saied Bin Alaas St.
P.O. Box : 4056
Gaza - Palestine

Tel : 970 - 8 - 2826707
970 - 8 - 2837663
Fax : 970 - 8 -2823746

**Saba & Co.**

Messers Palestine Monetary Authority
P.O Box 4026

Greetings,

Pursuant to your request concerning the financial position of the Palestine Monetary Authority (PMA), Saba & Co. certify the following:

1. The PMA is legal person independent of the Palestinian Authority (PA) in accordance with Article (2) of the Palestine Monetary Authority Law NO. (2) of 1997 which is presently applicable.

2. The accounts of the PMA are not related to the PA and the PMA is totally independent and separate from the PA pursuant to Article (2) of the Palestine Monetary Authority Law No. (2) of 1997. The PMA's Balance Sheets since 1995 and up to the date of this certificate confirm that all liquid assets (money) of the PMA consist entirely and exclusively of its own capital and reserves, staff allocations, and commercial bank balances, being the required reserves and liquid funds used for the purposes of inter-bank settlement. The capital of the PMA consists of profits earned from investing the mandatory deposits of the commercial banks placed with the PMA. Investments are made in different currencies. Below is a summary of the liabilities as shown in the financial statements of the PMA as at December 31, 2004 based on the records audited by us and that have been audited in accordance with International Standards on Auditing which confirm the following:

| | US Dollars | US Dollars |
|---|---|---|
| PMA Capital and Reserves | | 36,499,077 |
| Staff Allocations and Others | | 2,804,851 |
| Mandatory Reserves of commercial banks | | |
| Due to banks-statutory reserve (no interest) | 362,666,091 | |
| Due to banks-statutory reserve | 22,723,524 | |
| Total | | 385,389,615 |
| Commercial Bank Deposits and Balances for Inter-bank Settlement | | |
| Due to banks-current & call accounts | 16,802,733 | |
| Due to banks-deposits at PMA | 54,936,334 | |
| Due to banks-other accounts at PMA | 72,856,800 | |
| Total | | 144,595,867 |
| **Total** | | **569,289,410** |

Deloitte
Touche
Tohmatsu

We also confirm that the PMA does not manage and has not managed the accounts of the PA, and there are no accounts for the PA with the PMA.

3. All financial transactions of the commercial banks operating in the Palestinian areas with the PMA are performed directly with it and the PA has no role in these transactions.

4. We also confirm that capital of the PMA is used to cover its fixed assets, current expenses, the salaries of staff, the administrative expenditures and the expenditures shared with the banks to finance activities jointly with banks.

Attached, you will find the Financial Statement of the PMA as at 31 December 2002, 2003, 2004 which have been audited in accordance with International Standards on Auditing.

Very truly yours,

External Auditor

Saba & Co.

Gaza, May 25, 2005

سابا وشركاهم

SABA & CO.

**Palestine Monetary Authority (PMA)**
**Gaza - Palestine**

**Balance Sheet**
**As of December 31, 2004**
**(In US Dollars)**

| | Note | December 31 2004 | December 31 2003 |
|---|---|---|---|
| **Assets** | | | |
| Cash at banks | 3 | **15,303,608** | 4,854,761 |
| Time deposits at banks | 4 | **390,088,680** | 365,457,280 |
| Investment with foreign banks | | **154,202,405** | 134,459,928 |
| Due from Ministry Of Finance (MOF) | 5 | **7,912,859** | 13,762,621 |
| Receivables and other debit balances | 6 | **941,603** | 559,874 |
| Property plant and equipment – net | 7 | **368,451** | 394,260 |
| Land | 8 | **400,000** | 410,000 |
| Construction in progress | 9 | **71,804** | -------- |
| **Total assets** | | **569,289,410** | 519,898,724 |
| **Liabilities and PMA equity** | | | |
| **Current liabilities** | | | |
| Due to banks - current and call accounts | 10 | **16,802,733** | 5,763,321 |
| Due to banks - statutory reserve | 11 | **362,666,091** | 323,553,682 |
| Due to banks - deposits at PMA | 12 | **54,936,334** | 34,520,771 |
| Due to banks - statutory reserve (subject to interest) | 13 | **22,723,524** | 39;936,334 |
| Due to banks - other accounts at PMA | 14 | **72,856,800** | 75,242,464 |
| Staff indemnity and other credit balances | 15 | **2,804,851** | 3,217,780 |
| **Total current liabilities** | | **532,790,333** | 482,234,352 |
| **PMA equity** | | | |
| PMA capital | 1 | **15,000,000** | 15,000,000 |
| Reserve of currency exchange differences | | **3,011,091** | 2,958,242 |
| General reserve | 16 | **18,487,986** | 16,706,130 |
| Reserve of PMA construction | 17 | -------- | 3,000,000 |
| **Total PMA equity** | | **36,499,077** | **37,664,372** |
| **Total liabilities and PMA equity** | | **569,289,410** | **519,898,724** |

**The accompanying notes form an integral part of these financial statements**

Palestine Monetary Authority

Financial Department

سابا وشركاهم
SABA & CO.

**Palestine Monetary Authority (PMA)**
**Gaza - Palestine**

**Balance Sheet**
**As of December 31, 2003**
**(In US Dollars)**

| | Note | December 31 2003 | December 31 2002 |
|---|---|---|---|
| **Assets** | | | |
| Cash at banks | 3 | **4,854,761** | 6,163,600 |
| Time deposits at banks | 4 | **365,457,280** | 329,079,039 |
| Investment with foreign banks | | **134,459,928** | 41,986,026 |
| Due from Ministry Of Finance (MOF) | 5 | **13,762,621** | 18,018,754 |
| Receivables and other debit balances | 6 | **559,874** | 735,339 |
| Investment in Monetary Services Co. - net | | ------- | 75,513 |
| Property plant and equipment – net | 7 | **394,260** | -------- |
| Payment aqainst land | 8 | **410,000** | 350,000 |
| **Total assets** | | **519,898,724** | 396,408,271 |
| **Liabilities and PMA equity** | | | |
| **Current liabilities** | | | |
| Due to banks - current and call accounts | 10 | **5,763,321** | 7,004,732 |
| Due to banks - statutory reserve | 11 | **323,553,682** | 308,610,791 |
| Due to banks - deposits at PMA | 12 | **34,520,771** | -------- |
| Due to banks - statutory reserve (subject to interest) | 13 | **39,936,334** | -------- |
| Due to banks - other accounts at PMA | 14 | **75,242,464** | 41,563,706 |
| Staff indemnity and other credit balances | 15 | **3,217,780** | 2,828,369 |
| Provision of PMA construction | 17 | ------- | 3,000,000 |
| **Total current liabilities** | | **482,234,352** | 363,007,598 |
| **PMA equity** | | | |
| PMA capital | 1 | **15,000,000** | 15,000,000 |
| Reserve of currency exchange differences | | **2,958,242** | 2,945,058 |
| General reserve | 16 | **16,706,130** | 15,455,615 |
| Reserve of PMA construction | 17 | **3,000,000** | -------- |
| **Total PMA equity** | | **37,664,372** | **33,400,673** |
| **Total liabilities and PMA equity** | | **519,898,724** | **396,408,271** |

**The accompanying notes form an integral part of these financial statements**

Palestine Monetary Authority

سابا وشركاهم
SABA & CO.

Financial Department