**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------X
PALESTINE MONETARY AUTHORITY,

Plaintiff,

v. Civil Action No.: 05-261L

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR,
Defendants
---------------------------------------------------------------X

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance as counsel for Plaintiff, Palestine Monetary Authority.

Plaintiff,
Palestine Monetary Authority,
By its Attorney

Dennis T. Grieco II, #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

**CERTIFICATE OF SERVICE**

I hereby certify that on this __/6__ day of June, 2005, I caused a true and complete copy of the foregoing Entry of Apperance to be served by Regular Mail to :

Robert Tolchin, Esq.
JAROSLAWICZ & JAROS
150 William Street
New York, New York

David Strachman, Esq.
MCINTYRE, TATE, LYNCH & HOLT
321 South Main Street,
Providence, RI 02903

______________________