**UNITES STATES DISTRICT COURT**
DISTRICT OF RHODE ISLAND

PALESTINE MONETARY AUTHORITY

v. C.A. No. 05-261L

DAVID STRACHMAN,
As Administrator of the
ESTATES OF YARON UNGAR
AND EFRAT UNGAR, et al.

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant, David Strachman, hereby moves that Robert Tolchin be admitted Pro Hac Vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- Mr. Tolchin represents the same defendants in an identical action by plaintiffs pending in New York State Court wherein plaintiff is seeking identical relief.

Dated: 6/16/05

Defendant
By: David J. Strachman
Attorney for the Defendants

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

1. I am a member in good standing of the bar of the States of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bars: District Courts for the Southern District of New York, Northern District of New York, and Eastern District of New York, and the Second Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

3. I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local association counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Robert Tolchin
150 William Street, 19th Floor
New York, NY 10038
(212) 227-2181
(212) 227-5090 (fax)

David J. Strachman #4404
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

ORDER: This motion is hereby Granted

Ronald R. Lagueux
U.S. District Judge
Date: 6/16/05