# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER: CA 05-0261L** **DATE: June 16, 2005**

**TITLE OF CASE: Palestine Monetary Authority v. David Strachman, et als**

---

Senior, U.S. District Judge Ronald R. Lagueux

COURTROOM CLERK: James E. Webb

COURT REPORTER - Anne Clayton

---

Preliminary Injunction hearing regarding funds of Plaintiff

Atty. for Plaintiff Michael Sarli
Haig Kalbian (pro hac)

Atty. for Defendant David Strachman
Robert Tolchin (pro hac)

Matter continued until Thursday, July 14, 2005 at 2:00pm

Deft has until June 21, 2005 to file motion to dismiss
Pla. has until June 30, 2005 to file it objection to motion.