UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PALESTINE MONETARY AUTHORITY
Plaintiff(s)

v.

C.A. No. 05-261L

ESTATES OF YARON UNGAR, et al.
Defendant(s)

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff/~~Defendant~~ Palestine Monetary Authority hereby moves that Haig V. Kalbian be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ______ counsel specializes:
- ______ counsel's long-standing representation of the client: ______
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______.
- X The case requires extensive discovery in a foreign jurisdiction convenient to associate trial counsel, as follows: The client is located in the Middle East to which associate counsel travels frequently.
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: ______.

(Plaintiff/~~Defendant~~)
By: ______
Attorney for ______
______

DATED: 6/16/05

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of See Exhibit A and of the following Federal District Court and/or Court of Appeals Bar(s)________________ ________________, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| HAIG V. KALBIAN, ESQ. | MICHAEL G. SARLI, ESQ. |
| Name | Local Associate Counsel |
| | 2719 |
| | R.I. Bar ID # |
| KALBIAN HAGERTY LLP | Gidley, Sarli & Marusak, LLP |
| Firm Name | Firm Name |
| 888 17th Street, NW, | One Turks Head Place, Ste. 900 |
| Business Address | Business Address |
| Suite 1000 | Providence, RI 02903 |
| Washington, DC 20006 | |
| (202) 223-5600 Tel. # / (202) 223-6625 Fax # | (401) 274-6644 Tel. # / (401) 331-9304 Fax # |

---

**Order :** This motion is hereby ________________.

________________
U.S. District Judge
Date: ________________

# EXHIBIT A

**CERTIFICATION IN SUPPORT OF HAIG V. KALBIAN'S**
**PRO HAC VICE ADMISSION**

I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia and the State of Pennsylvania. I was also admitted to practice before the District of Columbia Court of Appeals in August 2001 and the Supreme Court of Virginia in September 1991.

I am also admitted to practice in the United States District Court for the District of Maryland, the United States Bankruptcy Court for the District of Maryland, the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the Eastern District of Virginia and the United States Court of Appeals for the Second Circuit.