## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

---------------------------------------------------------------X

PALESTINE MONETARY AUTHORITY,

Plaintiff,

v.

DAVID STRACHMAN,
as Administrator of the
ESTATES OF YARON UNGAR
AND ERFAT UNGAR, *ET AL.*,

Defendants.

---------------------------------------------------------------X

Civil Action No.: 05-261L

Judge: Lagueux

**PALESTINE MONETARY AUTHORITY'S RULE 41(a)(1)**
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Palestine Monetary Authority pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby give notice of dismissal, without prejudice, of this matter.

Respectfully submitted,
GIDLEY, SARLI & MARUSAK, LLP

Michael G. Sarli, Esq. (#2719)
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Tel: (401) 274-6644
Fax: (401) 331-9304

Associate Counsel:

Haig V. Kalbian, Esq.
Claire A. DeLelle, Esq.
KALBIAN HAGERTY L.L.P.
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

Enter:
Ronald R. Lagueux
Sr. USDJ 8/15/05